

Alex L. Fugazzi
Nevada Bar No. 9022
Casey G. Perkins
Nevada Bar No. 12063
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
Email: cgperkins@swlaw.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGDA JANSEN-GRECO,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-00128-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MAGDA JANSEN-GRECO and Defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY, incorrectly identified in Plaintiff's Complaint as Liberty Mutual Insurance Company, through their respective counsel of record, that this matter shall be dismissed in its entirety, with

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

prejudice. The parties further stipulate and agree that each party shall bear their own costs and attorneys' fees.

DATED this 17th day of March, 2014.    DATED this 26th day of February 2014.

SNELL & WILMER L.L.P.                    LADAH LAW FIRM

By: _____              By: _____
Alex L. Fugazzi                          Ramzy Paul Ladah
Nevada Bar No. 9022                      Nevada Bar No. 11405
Casey G. Perkins                         517 S. Third Street
Nevada Bar No. 12063                     Las Vegas, NV 89101
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169                      Attorneys for Plaintiff
                                         MAGDA JANSEN-GRECO
Attorneys for Defendant
LIBERTY MUTUAL FIRE
INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED** this 21st day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Alex L. Fugazzi
Nevada Bar No. 9022
Casey G. Perkins
Nevada Bar No. 12063
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY